FormCACB 101 (AO:12–13closedwodischarge) (10/05)

# United States Bankruptcy Court
## Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

## NOTICE OF CHAPTER 12 OR 13 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Daniel Correa

**SSN:** xxx–xx–2153
**EIN:** N/A

8101 Etiwanda Avenue
Reseda, CA 91335

**BANKRUPTCY NO.** 1:19–bk–10781–MT
**CHAPTER** 13

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form 423, Certification About a Financial Management Course.

☐ Debtor did not certify that all domestic support obligations due have been paid.

☑ Debtor did not file a Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application for Entry of Discharge.

Dated: May 6, 2022

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form VAN–101 clsnodsc) rev. 12/2015

**77 / TK**